**Slip Op. No. 12-97**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**Before: Nicholas Tsoucalas, Senior Judge**

| | |
|---|---|
| MID CONTINENT NAIL CORPORATION : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Court No.: 10-00247 |
| : | |
| UNITED STATES, : | |
| : | |
| Defendant, : | |
| : | |
| and : | |
| : | |
| TARGET CORPORATION, : | |
| : | |
| Defendant-Intervenor. : | |
| : | |

## JUDGMENT

This case having been duly submitted for decision and the Court, having given due deliberation to the Final Results of Redetermination Pursuant to Remand Order filed herein by the Department of Commerce on May 14, 2012, and the entire record herein, it is hereby

**ORDERED** that the Final Results of Redetermination Pursuant to Remand Order filed herein on May 14, 2012 by the Department of Commerce, is affirmed without modification; and it is further

**ORDERED** that this matter is dismissed.

   /s/ NICHOLAS TSOUCALAS   
**Nicholas Tsoucalas**
**Senior Judge**

Dated: July 25, 2012
     New York, New York